613 A.2d 1205

Michael L. FEDERICI, Janet R. Brocato, et al.,

v.

BOROUGH OF OAKMONT ZONING HEARING BOARD and McDonald's Corporation.

Appeal of BOROUGH OF OAKMONT ZONING HEARING BOARD.

Supreme Court of Pennsylvania.

Argued Sept. 23, 1992.

Decided Oct. 14, 1992.

Philip J. Murray, III, Robert H. Shoop, Jr., Thorp, Reed & Armstrong, Pittsburgh, for appellant.

Richard H. Luciana, Oakmont, for Michael L. Federici and Janet R. Brocato, et al., for appellees.

Victor R. Delle Donne, Robert W. Kennedy, Jr., Pittsburgh, for McDonald's Corp.

Before NIX, C.J., and LARSEN, FLAHERTY, ZAPPALA, PAPADAKOS and CAPPY, JJ.

## ORDER

PER CURIAM.

The Motion to Quash Appeal is GRANTED. A Zoning Hearing Board has no standing to appeal from a decision of a reviewing Court which involves one of its own decisions. See *Commonwealth, Department of General Services v. Ogontz Area Neighbors Association,* 505 Pa. 614, 483 A.2d 448 (1984); *Edwards Zoning Case,* 392 Pa. 188, 140 A.2d 110 (1958); *Lansdowne Board of Adjustment's Appeal,* 313 Pa. 523, 170 A. 867 (1934).

LARSEN, J., did not participate in the consideration or decision of this matter.

CAPPY, J., dissents and would reach the merits of the appeal.